**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| CLOVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services; MEHMET OZ, in his official capacity as Administrator, Centers for Medicare & Medicaid Services,<br><br>Defendants. | Civil Action No. 2:25-cv-142 |

**PLAINTIFF'S NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Clover Insurance Company ("Clover") hereby files the Administrative Record as it was produced by counsel for the Defendants on December 22, 2025.

Dated: February 2, 2026

Respectfully submitted,

*/s/ James B. Durham*
James B. Durham, Bar No. 235526
Hall Booth Smith, P.C.
3528 Darien Highway
Suite 300
Brunswick, GA 31525
Tel: (912) 554-0093
Email: JDurham@hallboothsmith.com

Andrew D. Prins*
Rachael L. Westmoreland*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200

Fax: (202) 637-2201
Email: andrew.prins@lw.com
rachael.westmoreland@lw.com

Nicholas L. Schlossman*
LATHAM & WATKINS LLP
300 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (737) 910-7300
Fax: (737) 910-7301
Email: nicholas.schlossman@lw.com

* *pro hac vice*

*Attorneys for Plaintiff Clover Insurance Company*

## CERTIFICATE OF SERVICE

On February 2, 2026, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF filing system, which will send notification of such filing to all registered participants.

/s/ *James B. Durham*
James B. Durham