# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| CLOVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services; MEHMET OZ, in his official capacity as Administrator, Centers for Medicare & Medicaid Services,<br><br>Defendants. | Civil Action No. 2:25-cv-142 |

**DECLARATION OF CLAY THORNTON IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED SUMMARY JUDGMENT**

I, Clay Thornton, declare as follows:

1. I submit this declaration in support of Clover Insurance Company's ("Clover") Motion for Expedited Summary Judgment.

2. This Declaration is based upon my personal knowledge and review of relevant documents. I am fully familiar with the facts and circumstances set forth herein. If called as a witness, I could and would testify competently thereto.

***Background***

3. I am the Chief Financial Officer of Clover. I have held this position since 2024.

4. I have worked in the healthcare industry performing finance and Medicare Advantage-related functions for over 13 years, and have extensive experience with Medicare Advantage health plans.

5. In my role as Chief Financial Officer, I drive financial strategies to bolster quality outcomes, member and provider satisfaction, and sustainable business expansion for Clover. I am familiar with the Part C and D programs administered by the Department of Health and Human Services and the Centers for Medicare and Medicaid Services (collectively, "Defendants"), the Medicare Advantage bidding process, the Center for Medicare and Medicaid Services' ("CMS") Star Ratings, and Clover's 2026 Star Rating (including the data used by CMS to calculate that Star Rating). Additionally, I am familiar with the impact of Clover's Star Ratings on its business and members.

***Clover Leads Innovation***

6. Clover is an AI-powered technology and physician-enablement company that provides Medicare Advantage plans to over 150,000 members, focusing on providing high-quality, affordable care.

7. Unlike other Medicare Advantage organizations that also offer separate commercial plans, Clover's sole business line is its Medicare Advantage plans. Clover does not offer commercial health insurance plans.

8. Clover thus derives its revenue solely from the Medicare Advantage program.

9. For Clover to remain viable and fulfill its mission, Clover must have beneficiaries select its Medicare Advantage plan, rather than other competing plans, by providing high-quality care, a superior member experience, and leading supplemental benefits, all while minimizing premiums and cost-sharing to members.

***The Medicare Advantage Bidding System***

10. Each year, CMS establishes "benchmark" rates that are meant to represent what it would cost CMS to provide Medicare benefits to an average enrollee in each county.

11. To participate in the Medicare Advantage program and determine payments to Clover under that program, Clover submits an annual bid to CMS that represents Clover's estimated cost for covering Medicare-defined standard benefits to an average enrollee for the upcoming year.

12. These bids require extensive supporting documentation, including information about the benefits and cost sharing that the plan will cover and a detailed financial breakdown of how the plan arrived at its bid amount, with the actuarial basis and support for the calculations. Given the revenue effects below, Clover's Star Rating is indispensable to preparing this bid.

13. The annual bid is due annually in June, this year, June 1, 2026.

***CMS's Star Rating Program***

14. Each year, CMS publishes its "Star Ratings," which synthesize a range of quality data about each plan into a summary rating of 1 to 5 Stars.

15. At a high level, CMS evaluates various "measures" of plan quality, and then converts those measure data into a measure-specific Star Rating—between 1 and 5 stars—for each measure, based on the plan's performance on that measure relative to other Medicare Advantage plans across the country.

16. CMS then takes a weighted average of plan's measure-specific Star Ratings, with some measures receiving greater weight than others, to arrive at the plan's overall Star Rating.

17. CMS displays Star Ratings as part of its online "Plan Finder" tool, which seniors use to research, compare, and sign up for Medicare Advantage plans. Higher-rated plans are displayed higher than lower-rated plans, thus helping them attract a disproportionate share of enrollment.

18. CMS also displays the measure-specific Star Ratings for each plan on its website, for each of the measures that CMS evaluates.

19. Star Ratings can also affect the amount of payments that a Medicare Advantage plan receives based on CMS's "Quality Bonus Payments," which are paid only to plans with a Star Rating of 4 Stars or higher.

20. That Quality Bonus Payment effectively either increases the total amount of money the plan is eligible to receive, including in the form of a rebate (if its bid is below the benchmark) or reduces the premium the plan must charge its members (if its bid is above the benchmark).

***CMS's Determination of Clover's 2026 Star Rating Has Harmed Clover***

21. On October 9, 2025, CMS published Clover's 2026 Star Rating as 3.5 Stars.

22. In tandem with that publication, CMS also published on its website Clover's measure-specific Star Ratings associated with each Star Rating measure.

23. Under an overall Star Rating of 3.5 Stars, Clover is not entitled to a Quality Bonus Payment, which Clover would be statutorily entitled to if its Star Rating were 4.0 Stars or higher.

24. Had CMS rated Clover at 4.0 Stars, it would be entitled to over $120 million in additional payments for the year 2027, based on the statutory formula for Quality Bonus Payments and based on Clover's overall population of members.

25. As noted, CMS publishes the data underlying its Star Rating determination for each plan on its website. A true and correct copy of Clover's 2026 Star Rating measure scores, as excerpted from a spreadsheet published by CMS, is attached hereto as Exhibit A.

26. CMS also publishes regulations governing the determination of the Star Ratings, including at 42 C.F.R. § 422.162 *et seq.* and 42 C.F.R. § 423.182 *et seq.*

27. Taken together, CMS's published data and regulations allow the public to reproduce CMS's calculation of an individual plan's overall Star Rating.

28. After conducting a reproduction of CMS's calculation of Clover's 2026 Star Rating, Clover, like CMS, calculated an overall Star Rating of 3.5 Stars based on CMS's published data concerning Clover and its regulations.

29. I am also familiar with the relief requested in this lawsuit, namely, an order directing CMS to recalculate Clover's 2026 Star Rating without inclusion of the following measures: Annual Flu Vaccine (C03), Improving or Maintaining Physical Health (C04), Improving or Maintaining Mental Health (C05), Reducing the Risk of Falling (C15), Improving Bladder Control (C16), Getting Needed Care (C22), Getting Appointments and Care Quickly (C23), Customer Service (C24), Rating of Health Care Quality (C25), Care Coordination (C27), Reviewing Appeals Decisions (C32), Call Center – Foreign Language Interpreter / TTY (C33), Call Center – Foreign Language Interpreter / TTY (D01), Rating of Drug Plan (D05), Getting Needed Prescription Drugs (D06), Medication Adherence for Diabetes Medication, Hypertension, and Cholesterol (D08, D09, and D10), Pharmacy Medication Therapy Management Program Completion Rate (D11), and Pharmacy Statin Use with Diabetes (D12).

30. Using CMS's published data for Clover, as well as its published methodology for determining a plan's Star Rating, Clover (including individuals working under my direction) has calculated the effect on Clover's Star Rating, if CMS were to remove the above-identified measures from the determination of Clover's 2026 Star Rating.

31. Were CMS to remove the above-identified measures from Clover's 2026 Star Rating and recalculate it without the inclusion of those measures, Clover would achieve a 2026 Star Rating in excess of 4 Stars (namely, 4.5 Stars).

32. Even if CMS were to remove only a portion of the above-identified measures from Clover's 2026 Star Rating and recalculate Clover's 2026 Star Rating without the inclusion of those measures, Clover would achieve a 2026 Star Rating of 4 Stars. (The exact number and combination of measures necessary to achieve that 4-Star result varies, as measures have distinct "weights" assigned to them.).

33. With a 2026 Star Rating either of 4 Stars or 4.5 Stars, Clover would be entitled to over $120 million in statutory Quality Bonus Payments in 2027 to which it is not entitled as a 3.5-Star plan.

34. Because overall Star Ratings and individual measure-specific Star Ratings are publicized on CMS's website, a Star Rating of 3.5 Stars, as well as the measure-specific Star Ratings at or below 3 Stars, cause significant harm to Clover's reputation and goodwill.

***Exhibits In Support of Motion for Summary Judgment***

35. Attached as Exhibit B is a true and correct copy of the Medicare Payment Advisory Commission's ("MedPAC") Report to the Congress: Medicare and the Health Care Delivery System, dated June 2019, in the form published by MedPAC.

36. Attached as Exhibit C are excerpts from a true and correct copy of MedPAC's Report to the Congress: Medicare and the Health Care Delivery System, dated June 2025, in the form published by MedPAC.

37. Attached as Exhibit D is a true and correct copy of CMS's website listing Part C and D performance data in the form published by CMS.

38. Attached as Exhibit E is a true and correct copy of Clover's overall 2026 Star Rating, as excerpted from a spreadsheet published by CMS.

39. Attached as Exhibit F is a true and correct copy of CMS's Medicare Managed Care Manual Chapter 5 - Quality Improvement Program, dated 2014, in the form published by CMS.

40. Attached as Exhibit G is a true and correct copy of CMS's Questions and Answers on Obtaining Prescription Drug Event (PDE) Data in the form published by CMS.

41. Attached as Exhibit H is a true and correct copy of the Consumer Assessment of Healthcare Providers & Systems' Medicare Manage Care Questionnaire, dated October 1998, that CMS has identified as remaining in use in 2003 and in the form published by the Agency for Health Care Policy and Research.

42. Attached as Exhibit I is a true and correct copy of the Medicare Health Outcomes Survey 2003, dated 2003, in the form published by the National Committee for Quality Assurance.

43. Attached as Exhibit J is a true and correct copy of the Healthcare Effectiveness Data and Information Set 2004 (Summary) Documentation for Reporting Year 2003, dated November 9, 2011, in the form published by CMS.

44. Attached as Exhibit K is a true and correct copy of CMS's Medicare 2024 Star Ratings Technical Notes, last updated March, 13, 2024, in the form published by CMS.

45. Attached as Exhibit L is a true and correct copy of CMS's Announcement of Calendar Year (CY) 2024 Medicare Advantage (MA) Capitation Rates & Pt. C and Pt. D Payment Policies, dated March 31, 2023, in the form published by CMS.

46. Attached as Exhibit M is a true and correct copy of CMS's Medicare 2025 Star Ratings Technical Notes, last updated October 3, 2024, in the form published by CMS.

47. Attached as Exhibit N is a true and correct copy of Joel F. Farley's and Benjamin Y. Urick's article entitled Is it Time to Replace the Star Ratings Adherence Measures, dated 2021, in the form published by the Journal of Managed Care and Specialty Pharmacy.

48. Attached as Exhibit O is a true and correct copy of CMS's Announcement of Calendar Year (CY) 2026 Medicare Advantage (MA) Capitation Rates & Pt. C and Pt. D Payment Policies, dated April 7, 2025, in the form published by CMS.

49. Attached as Exhibit P is a true and correct copy of the Medicare Health Plan Reconsideration Process Manual, dated November 2022, in the form published by CMS and its contractor Maximus.

50. Attached as Exhibit Q is a true and correct copy of the website Medicare Appeals and Your Rights in the form published by CMS and its contractor by Maximus.

51. Attached as Exhibit R is a true and correct copy of CMS's Medicare Part C & D Call Center Monitoring Accuracy and Accessibility Study Technical Notes, dated December 16, 2021, in the form published by CMS.

52. Attached as Exhibit S is a true and correct copy of CMS's Medicare Manual System, dated September 27, 2002, in the form published by CMS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Louisville, Kentucky

Signed by:
Clay Thornton
6A166604C9304B6...

City, State

Clay Thornton

January 30, 2026