# Exhibit A

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | 2026 Star View: Medicare Report Card Master Table | | | | | |
| 2 | CONTRACT_ID | Organization Type | Contract Name | Organization Marketing Name | Parent Organization | HD1: Staying Healthy: Screenings, Tests and Vaccines |
| 3 | | | | | | C01: Breast Cancer Screening |
| 4 | | | | | | 01/01/2024 – 12/31/2024 |
| 358 | H4610 | Local CCP | UNITEDHEALTHCARE OF NEW ENGLAND, INC. | UnitedHealthcare | UnitedHealth Group, Inc. | Plan too new to be measured |
| 359 | H4623 | Local CCP | HUMANA REGIONAL HEALTH PLAN, INC. | Humana | Humana Inc. | 2 |
| 360 | H4624 | Local CCP | ZING HEALTH OF MICHIGAN, INC. | Zing Health | Zing Health Consolidator, Inc | 2 |
| 361 | H4647 | Local CCP | NEW CENTURY HEALTH PLAN, INC. | UCLA Health Medicare Advantage Plan | The Regents of the University of California | Plan too new to be measured |
| 362 | H4661 | Local CCP | CELTIC INSURANCE COMPANY | Wellcare | Centene Corporation | Plan too small to be measured |
| 363 | H4676 | Local CCP | TROY HEALTH, INC. | Troy Medicare | Troy Holdings, Inc. | 2 |
| 364 | H4694 | Local CCP | HEALTHKEEPERS, INC. | Anthem HealthKeepers | Elevance Health, Inc. | Plan too new to be measured |
| 365 | H4704 | Local CCP | ANTHEM BLUE CROSS LIFE AND HEALTH INS COMPANY | Anthem Blue Cross Life and Health Insurance Compan | Elevance Health, Inc. | 1 |
| 366 | H4711 | Local CCP | COVENTRY HEALTH CARE OF NEBRASKA, INC. | Aetna Medicare | CVS Health Corporation | 2 |
| 367 | H4733 | Local CCP | COMMUNITY HEALTH GROUP | Community Health Group | Community Health Group | 4 |
| 368 | H4739 | Local CCP | SELECT HEALTH OF SOUTH CAROLINA, INC. | First Choice VIP Care (HMO D-SNP) | Independence Health Group, Inc. | Plan too small to be measured |
| 369 | H4754 | Local CCP | PACIFICSOURCE COMMUNITY HEALTH PLANS | PacificSource Medicare | PacificSource | 3 |
| 370 | H4808 | Local CCP | DEVOTED HEALTH INSURANCE COMPANY OF COLORADO INC | Devoted Health | Devoted Health, Inc. | Not enough data available |
| 371 | H4835 | Local CCP | AETNA BETTER HEALTH OF OKLAHOMA INC. | Aetna Medicare | CVS Health Corporation | 2 |
| 372 | H4847 | Local CCP | WELLCARE OF SOUTH CAROLINA, INC. | Wellcare | Centene Corporation | 3 |
| 373 | H4868 | Local CCP | NEW YORK QUALITY HEALTHCARE CORPORATION | Wellcare | Centene Corporation | 3 |
| 374 | H4869 | Local CCP | GOLD KIDNEY OF ARIZONA | Gold Kidney Health Plan | Gold Kidney Health Plan | Not enough data available |
| 375 | H4875 | Local CCP | PRIORITY HEALTH | Priority Health Medicare | Corewell Health | 4 |
| 376 | H4882 | Local CCP | HEALTHPARTNERS, INC. | HealthPartners | HealthPartners, Inc. | 5 |
| 377 | H4909 | Local CCP | ANTHEM INSURANCE COMPANIES, INC. | Anthem Blue Cross and Blue Shield | Elevance Health, Inc. | 2 |
| 378 | H4931 | Local CCP | BANNER - UNIVERSITY CARE ADVANTAGE | Banner Medicare Advantage | Banner Health | 3 |
| 379 | H4937 | Local CCP | CALIFORNIA PHYSICIANS' SERVICE | Blue Shield of California | California Physicians' Service | 4 |
| 380 | H4939 | Local CCP | ARCADIAN HEALTH PLAN, INC. | Humana | Humana Inc. | Plan too new to be measured |
| 381 | H4961 | Local CCP | ALIGNMENT HEALTH PLAN | Alignment Health Plan | Alignment Healthcare USA, LLC | 5 |
| 382 | H4982 | Local CCP | AETNA BETTER HEALTH OF CALIFORNIA INC. | Aetna Medicare | CVS Health Corporation | 3 |
| 383 | H5008 | Local CCP | CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | UnitedHealth Group, Inc. | 2 |
| 384 | H5009 | Local CCP | REGENCE BLUESHIELD | Regence BlueShield | Cambia Health Solutions, Inc. | 3 |
| 385 | H5015 | Local CCP | TEXAS INDEPENDENCE HEALTH PLAN, INC. | Texas Independence Health Plan | Regency ISNP Holdings LLC | 2 |
| 386 | H5042 | Local CCP | CDPHP UNIVERSAL BENEFITS, INC. | CDPHP Medicare Advantage | Lifetime Healthcare, Inc. | 5 |
| 387 | H5050 | Local CCP | KAISER FOUNDATION HEALTH PLAN OF WASHINGTON | Kaiser Permanente | Kaiser Foundation Health Plan, Inc. | 4 |
| 388 | H5087 | Local CCP | WELLCARE OF CALIFORNIA, INC. | Wellcare | Centene Corporation | 2 |
| 389 | H5106 | Local CCP | HIGHMARK SENIOR SOLUTIONS COMPANY | Highmark Blue Cross Blue Shield | Highmark Health | 4 |
| 390 | H5117 | Local CCP | LOUISIANA HEALTHCARE CONNECTIONS, INC. | Wellcare By Allwell | Centene Corporation | Plan too small to be measured |
| 391 | H5119 | Local CCP | CONTRA COSTA COUNTY MEDICAL SERVICE DBA CONTRA COS | Contra Costa Health Care Plus (HMO D-SNP) | Contra Costa Health Services | Plan too new to be measured |
| 392 | H5141 | Local CCP | CLOVER INSURANCE COMPANY | Clover Health | Clover Health Holdings, Inc. | 5 |

| | G | H | I | J | K | L |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | HD2: Managing Chronic (Long Term) Conditions |
| 3 | C02: Colorectal Cancer Screening | C03: Annual Flu Vaccine | C04: Improving or Maintaining Physical Health | C05: Improving or Maintaining Mental Health | C06: Monitoring Physical Activity | C07: Special Needs Plan (SNP) Care Management |
| 4 | 01/01/2024 – 12/31/2024 | 03/2025 – 05/2025 | 07/17/2024 – 11/01/2024 | 07/17/2024 – 11/01/2024 | 07/17/2024 – 11/01/2024 | 01/01/2024 – 12/31/2024 |
| 358 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 359 | 4 | 2 | 2 | 4 | 3 | Plan not required to report measure |
| 360 | 2 | 3 | Not enough data available | Not enough data available | 4 | 4 |
| 361 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan not required to report measure |
| 362 | Plan too small to be measured | Plan too small to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | 5 |
| 363 | 2 | 1 | Not enough data available | Not enough data available | 1 | 4 |
| 364 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 365 | 2 | 2 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | 2 |
| 366 | 3 | 1 | 2 | 4 | 2 | 3 |
| 367 | 3 | 5 | Plan too new to be measured | Plan too new to be measured | 5 | 3 |
| 368 | Plan too small to be measured | Plan too small to be measured | Plan too new to be measured | Plan too new to be measured | Plan too small to be measured | 3 |
| 369 | 4 | 1 | 5 | 2 | 3 | Plan not required to report measure |
| 370 | 4 | 2 | Plan too new to be measured | Plan too new to be measured | 3 | Plan not required to report measure |
| 371 | 3 | 1 | Not enough data available | Not enough data available | 2 | Plan not required to report measure |
| 372 | 3 | 2 | Not enough data available | Not enough data available | 3 | Plan not required to report measure |
| 373 | 3 | 4 | Not enough data available | Not enough data available | 5 | 3 |
| 374 | 1 | 3 | Plan too new to be measured | Plan too new to be measured | 5 | 4 |
| 375 | 4 | 4 | 4 | 4 | 4 | Plan not required to report measure |
| 376 | 4 | 5 | 5 | 4 | 4 | Plan not required to report measure |
| 377 | 3 | 3 | 2 | 1 | 3 | Plan not required to report measure |
| 378 | 3 | 4 | Not enough data available | Not enough data available | 3 | 4 |
| 379 | 4 | 4 | 1 | 4 | 3 | Plan not required to report measure |
| 380 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 381 | 5 | 5 | 4 | 3 | 4 | Plan not required to report measure |
| 382 | 3 | 3 | 2 | 4 | 3 | Plan not required to report measure |
| 383 | 3 | 2 | 2 | 3 | 3 | 4 |
| 384 | 4 | 4 | 4 | 4 | 4 | Plan not required to report measure |
| 385 | 5 | Plan too small to be measured | Not enough data available | Not enough data available | No data available | 5 |
| 386 | 5 | 5 | 3 | 4 | 3 | Plan not required to report measure |
| 387 | 5 | 5 | 3 | 4 | 3 | Plan not required to report measure |
| 388 | 3 | 3 | Not enough data available | Not enough data available | 3 | Plan not required to report measure |
| 389 | 4 | 2 | 4 | 2 | 2 | Plan not required to report measure |
| 390 | Plan too small to be measured | Plan too small to be measured | Not enough data available | Not enough data available | Plan too small to be measured | Plan not required to report measure |
| 391 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 392 | 5 | 3 | 3 | 3 | 4 | Plan not required to report measure |

| | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | C08: Care for Older Adults – Medication Review | C09: Care for Older Adults – Pain Assessment | C10: Osteoporosis Management in Women who had a Fracture | C11: Diabetes Care – Eye Exam | C12: Diabetes Care – Blood Sugar Controlled | C13: Kidney Health Evaluation for Patients with Diabetes |
| 4 | 01/01/2024 – 12/31/2024 | 01/01/2024 – 12/31/2024 | 01/01/2024 – 12/31/2024 | 01/01/2024 – 12/31/2024 | 01/01/2024 – 12/31/2024 | 01/01/2024 – 12/31/2024 |
| 358 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 359 | Plan not required to report measure | Plan not required to report measure | 3 | 4 | 4 | 4 |
| 360 | 5 | 3 | Not enough data available | 2 | 2 | 4 |
| 361 | Plan not required to report measure | Plan not required to report measure | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 362 | Not enough data available | Not enough data available | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured |
| 363 | 1 | 2 | Not enough data available | 1 | 1 | 2 |
| 364 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 365 | 3 | 3 | 1 | 2 | 2 | 2 |
| 366 | 5 | 3 | 3 | 3 | 3 | 3 |
| 367 | 3 | 2 | Not enough data available | 4 | 3 | 4 |
| 368 | 5 | 3 | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured |
| 369 | Plan not required to report measure | Plan not required to report measure | 1 | 3 | 3 | 3 |
| 370 | Plan not required to report measure | Plan not required to report measure | Not enough data available | 3 | 4 | 4 |
| 371 | Plan not required to report measure | Plan not required to report measure | Not enough data available | 3 | 4 | 4 |
| 372 | Plan not required to report measure | Plan not required to report measure | Not enough data available | 2 | 3 | 3 |
| 373 | 4 | 3 | 2 | 2 | 3 | 4 |
| 374 | 3 | 3 | Not enough data available | 1 | 1 | 5 |
| 375 | Plan not required to report measure | Plan not required to report measure | 2 | 4 | 4 | 4 |
| 376 | Plan not required to report measure | Plan not required to report measure | 2 | 4 | 5 | 4 |
| 377 | Plan not required to report measure | Plan not required to report measure | 2 | 3 | 3 | 3 |
| 378 | 3 | 3 | 1 | 3 | 3 | 4 |
| 379 | Plan not required to report measure | Plan not required to report measure | 1 | 2 | 3 | 3 |
| 380 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 381 | Plan not required to report measure | Plan not required to report measure | Not enough data available | 4 | 3 | 4 |
| 382 | Plan not required to report measure | Plan not required to report measure | 5 | 4 | 4 | 4 |
| 383 | 4 | 4 | 2 | 4 | 3 | 3 |
| 384 | Plan not required to report measure | Plan not required to report measure | 1 | 3 | 3 | 3 |
| 385 | 5 | 5 | Not enough data available | 5 | 3 | 5 |
| 386 | Plan not required to report measure | Plan not required to report measure | 3 | 3 | 5 | 4 |
| 387 | Plan not required to report measure | Plan not required to report measure | 5 | 4 | 4 | 5 |
| 388 | Plan not required to report measure | Plan not required to report measure | 4 | 4 | 4 | 4 |
| 389 | Plan not required to report measure | Plan not required to report measure | 3 | 3 | 4 | 3 |
| 390 | Plan not required to report measure | Plan not required to report measure | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured |
| 391 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 392 | Plan not required to report measure | Plan not required to report measure | 5 | 5 | 5 | 4 |

| | S | T | U | V | W | X |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | C14: Controlling High Blood Pressure | C15: Reducing the Risk of Falling | C16: Improving Bladder Control | C17: Medication Reconciliation Post-Discharge | C18: Plan All-Cause Readmissions | C19: Statin Therapy for Patients with Cardiovascular Disease |
| 4 | 01/01/2024 – 12/31/2024 | 07/17/2024 – 11/01/2024 | 07/17/2024 – 11/01/2024 | 01/01/2024 – 12/31/2024 | 01/01/2024 – 12/31/2024 | 01/01/2024 – 12/31/2024 |
| 358 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 359 | 3 | 2 | 2 | 5 | 3 | 3 |
| 360 | 3 | 4 | 1 | 5 | 2 | 4 |
| 361 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 362 | Plan too small to be measured | Plan too new to be measured | Plan too new to be measured | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured |
| 363 | 3 | 2 | Not enough data available | 1 | 5 | 4 |
| 364 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 365 | 1 | Plan too new to be measured | Plan too new to be measured | 3 | 2 | 2 |
| 366 | 4 | 3 | 3 | 5 | 5 | 2 |
| 367 | 1 | 5 | 3 | 1 | 2 | 2 |
| 368 | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured |
| 369 | 3 | 1 | 2 | 3 | 3 | 2 |
| 370 | 5 | 2 | 3 | 5 | No data available | Not enough data available |
| 371 | 4 | 1 | 2 | 5 | 4 | 2 |
| 372 | 3 | 4 | Not enough data available | 4 | 4 | 3 |
| 373 | 2 | 5 | Not enough data available | 3 | 3 | 3 |
| 374 | 3 | Not enough data available | Not enough data available | 1 | No data available | Not enough data available |
| 375 | 4 | 2 | 4 | 4 | 3 | 2 |
| 376 | 4 | 1 | 3 | 4 | 2 | 4 |
| 377 | 3 | 2 | 3 | 4 | 4 | 1 |
| 378 | 3 | 4 | 3 | 2 | 1 | 2 |
| 379 | 3 | 2 | 2 | 3 | 2 | 3 |
| 380 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 381 | 5 | 1 | 4 | 4 | 4 | 4 |
| 382 | 4 | 3 | 2 | 4 | 3 | 4 |
| 383 | 3 | 4 | 2 | 3 | 2 | 3 |
| 384 | 2 | 1 | 2 | 3 | 4 | 3 |
| 385 | Not enough data available | No data available | No data available | Not enough data available | 4 | Not enough data available |
| 386 | 4 | 3 | 4 | 4 | 4 | 4 |
| 387 | 4 | 1 | 3 | 5 | 3 | 4 |
| 388 | 3 | Not enough data available | Not enough data available | 3 | 4 | 2 |
| 389 | 2 | 1 | 4 | 4 | 3 | 4 |
| 390 | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured |
| 391 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 392 | 5 | 3 | 2 | 5 | 4 | 5 |

| | Y | Z | AA | AB | AC |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | HD3: Member Experience with Health Plan | | |
| 3 | C20: Transitions of Care | C21: Follow-up after Emergency Department Visit for People with Multiple High-Risk Chronic Conditions | C22: Getting Needed Care | C23: Getting Appointments and Care Quickly | C24: Customer Service |
| 4 | 01/01/2024 – 12/31/2024 | 01/01/2024 – 12/31/2024 | 03/2025 – 05/2025 | 03/2025 – 05/2025 | 03/2025 – 05/2025 |
| 358 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 359 | 5 | 4 | 3 | 3 | 3 |
| 360 | 2 | 2 | 2 | 2 | 3 |
| 361 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 362 | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured |
| 363 | 2 | 1 | 3 | 4 | 4 |
| 364 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 365 | 3 | 2 | 1 | 3 | 2 |
| 366 | 2 | 2 | 3 | Not enough data available | 4 |
| 367 | 1 | 2 | 2 | 3 | 3 |
| 368 | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured |
| 369 | 3 | 2 | 4 | 3 | 4 |
| 370 | 4 | 5 | 2 | 2 | 5 |
| 371 | 3 | 2 | 3 | 4 | 3 |
| 372 | 3 | 3 | 5 | 4 | 4 |
| 373 | 3 | 2 | 2 | 2 | 3 |
| 374 | 1 | 3 | 3 | 2 | 2 |
| 375 | 4 | 3 | 5 | 4 | 4 |
| 376 | 4 | 3 | 4 | 4 | 5 |
| 377 | 4 | 2 | 3 | Not enough data available | Not enough data available |
| 378 | 2 | 4 | 4 | 3 | 4 |
| 379 | 3 | 2 | 2 | 3 | 3 |
| 380 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 381 | 3 | 4 | 3 | 2 | 4 |
| 382 | 2 | 2 | 1 | 1 | 1 |
| 383 | 3 | 2 | Not enough data available | Not enough data available | Not enough data available |
| 384 | 3 | 3 | 2 | 2 | 4 |
| 385 | Not enough data available | 5 | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured |
| 386 | 5 | 3 | 3 | 4 | 5 |
| 387 | 5 | 4 | 1 | 1 | 4 |
| 388 | 1 | 1 | 3 | 1 | 2 |
| 389 | 3 | 3 | 4 | 4 | 5 |
| 390 | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured |
| 391 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 392 | 5 | 4 | 2 | 2 | 1 |

| | AD | AE | AF | AG | AH | AI |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | HD4: Member Complaints and Changes in the Health Plan's Performance | | |
| 3 | C25: Rating of Health Care Quality | C26: Rating of Health Plan | C27: Care Coordination | C28: Complaints about the Health Plan | C29: Members Choosing to Leave the Plan | C30: Health Plan Quality Improvement |
| 4 | 03/2025 – 05/2025 | 03/2025 – 05/2025 | 03/2025 – 05/2025 | 01/01/2024 – 12/31/2024 | 01/01/2024 – 12/31/2024 | Not Applicable |
| 358 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 359 | 3 | 2 | 4 | 5 | 3 | 2 |
| 360 | 1 | 3 | Not enough data available | 1 | 2 | 1 |
| 361 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Not enough data available | Plan too new to be measured |
| 362 | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured | Not enough data available | Not enough data available | Not enough data available |
| 363 | 4 | 4 | Not enough data available | 4 | 2 | 3 |
| 364 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Not enough data available | Plan too new to be measured |
| 365 | 2 | 2 | 1 | 3 | 5 | Not enough data available |
| 366 | 3 | 3 | 4 | 3 | 1 | 3 |
| 367 | 4 | 5 | 2 | 4 | 5 | 5 |
| 368 | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured | Not enough data available | Not enough data available | Not enough data available |
| 369 | 3 | 4 | 3 | 5 | 5 | 4 |
| 370 | 2 | 4 | 3 | 3 | 2 | Not enough data available |
| 371 | 2 | 1 | Not enough data available | 4 | 3 | 3 |
| 372 | 4 | 4 | 5 | 5 | 2 | 5 |
| 373 | 1 | 1 | Not enough data available | 4 | 1 | 3 |
| 374 | 3 | 4 | Not enough data available | Not enough data available | 4 | Not enough data available |
| 375 | 5 | 4 | 4 | 5 | 5 | 4 |
| 376 | 5 | 5 | 5 | 5 | 5 | 4 |
| 377 | 3 | 2 | 4 | 4 | 3 | 3 |
| 378 | 5 | 5 | 3 | 4 | 4 | 4 |
| 379 | 3 | 2 | 3 | 4 | 5 | 5 |
| 380 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 381 | 4 | 4 | 3 | 4 | 5 | 3 |
| 382 | 1 | 1 | Not enough data available | 3 | 2 | 3 |
| 383 | 3 | 4 | Not enough data available | 4 | 3 | 3 |
| 384 | 3 | 2 | 1 | 5 | 5 | 4 |
| 385 | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured | 5 | 5 | 5 |
| 386 | 4 | 5 | 3 | 5 | 5 | 2 |
| 387 | 2 | 4 | 3 | 5 | 5 | 2 |
| 388 | 2 | 3 | Not enough data available | 3 | 3 | 4 |
| 389 | 4 | 4 | 5 | 5 | 4 | 2 |
| 390 | Plan too small to be measured | Plan too small to be measured | Plan too small to be measured | No data available | Not enough data available | Not enough data available |
| 391 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 392 | 3 | 4 | 3 | 4 | 4 | 4 |

| | AJ | AK | AL | AM | AN | AO |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | HD5: Health Plan Customer Service | | | DD1: Drug Plan Customer Service | DD2: Member Complaints and Changes in the Drug Plan's Performance | |
| 3 | C31: Plan Makes Timely Decisions about Appeals | C32: Reviewing Appeals Decisions | C33: Call Center – Foreign Language Interpreter and TTY Availability | D01: Call Center – Foreign Language Interpreter and TTY Availability | D02: Complaints about the Drug Plan | D03: Members Choosing to Leave the Plan |
| 4 | 01/01/2024 – 12/31/2024 | 01/01/2024 – 12/31/2024 | 02/2025 – 05/2025 | 02/2025 – 05/2025 | 01/01/2024 – 12/31/2024 | 01/01/2024 – 12/31/2024 |
| 358 | Not enough data available | Not enough data available | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 359 | 4 | 4 | 5 | 5 | 5 | 3 |
| 360 | 3 | 1 | 4 | 3 | 1 | 2 |
| 361 | Not enough data available | Not enough data available | 3 | 2 | Plan too new to be measured | Not enough data available |
| 362 | Not enough data available | Not enough data available | 5 | 5 | Not enough data available | Not enough data available |
| 363 | 5 | 2 | 3 | 3 | 4 | 2 |
| 364 | Not enough data available | Not enough data available | 5 | 5 | Plan too new to be measured | Not enough data available |
| 365 | 3 | 5 | 5 | 5 | 3 | 5 |
| 366 | 3 | 5 | 4 | 5 | 3 | 1 |
| 367 | 5 | 5 | 3 | 4 | 4 | 5 |
| 368 | Not enough data available | Not enough data available | 4 | 4 | Not enough data available | Not enough data available |
| 369 | 5 | 5 | 3 | 3 | 5 | 5 |
| 370 | 5 | 5 | 4 | 5 | 3 | 2 |
| 371 | 3 | 5 | 4 | 5 | 4 | 3 |
| 372 | Not enough data available | Not enough data available | 5 | 5 | 5 | 2 |
| 373 | 5 | 4 | 5 | 5 | 4 | 1 |
| 374 | 5 | 2 | 3 | 3 | Not enough data available | 4 |
| 375 | 5 | 2 | 5 | 5 | 5 | 5 |
| 376 | 5 | 2 | 4 | 5 | 5 | 5 |
| 377 | 3 | 5 | 5 | 5 | 4 | 3 |
| 378 | 4 | 2 | 4 | 4 | 4 | 4 |
| 379 | 3 | 4 | 4 | 5 | 4 | 5 |
| 380 | Not enough data available | Not enough data available | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 381 | 5 | 2 | 5 | 5 | 4 | 5 |
| 382 | 3 | 4 | 4 | 5 | 3 | 2 |
| 383 | 5 | 4 | 5 | 5 | 4 | 3 |
| 384 | 3 | 3 | 5 | 5 | 5 | 5 |
| 385 | Not enough data available | Not enough data available | 3 | 3 | 5 | 5 |
| 386 | 5 | 3 | 4 | 4 | 5 | 5 |
| 387 | 3 | 4 | 4 | 4 | 5 | 5 |
| 388 | 2 | 5 | 5 | 5 | 3 | 3 |
| 389 | 4 | 5 | 3 | 4 | 5 | 4 |
| 390 | Not enough data available | Not enough data available | Not enough data available | Not enough data available | No data available | Not enough data available |
| 391 | Not enough data available | Not enough data available | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 392 | 4 | 2 | 3 | 3 | 4 | 4 |

| | AP | AQ | AR | AS | AT | AU |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | DD3: Member Experience with the Drug Plan | | DD4: Drug Safety and Accuracy of Drug Pricing | | |
| 3 | D04: Drug Plan Quality Improvement | D05: Rating of Drug Plan | D06: Getting Needed Prescription Drugs | D07: MPF Price Accuracy | D08: Medication Adherence for Diabetes Medications | D09: Medication Adherence for Hypertension (RAS antagonists) |
| 4 | Not Applicable | 03/2025 – 05/2025 | 03/2025 – 05/2025 | 01/01/2024 – 9/30/2024 | 01/01/2024 – 12/31/2024 | 01/01/2024 – 12/31/2024 |
| 358 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 359 | 3 | 2 | 4 | 1 | 3 | 4 |
| 360 | 2 | 3 | Not enough data available | 5 | 3 | 2 |
| 361 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 362 | Not enough data available | Plan too small to be measured | Plan too small to be measured | 5 | 2 | 4 |
| 363 | 3 | 5 | 4 | 2 | 1 | 3 |
| 364 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 365 | Not enough data available | 2 | 1 | 5 | 2 | 1 |
| 366 | 2 | 2 | Not enough data available | 5 | 3 | 2 |
| 367 | 4 | 5 | 1 | 4 | 3 | 3 |
| 368 | Not enough data available | Plan too small to be measured | Plan too small to be measured | 5 | 4 | 2 |
| 369 | 3 | 1 | 3 | 4 | 4 | 3 |
| 370 | 4 | 1 | 3 | 5 | 4 | 5 |
| 371 | 3 | 3 | Not enough data available | 4 | 2 | 3 |
| 372 | 5 | 4 | 4 | 5 | 3 | 3 |
| 373 | 4 | 1 | Not enough data available | 5 | 3 | 3 |
| 374 | Not enough data available | 4 | 3 | 4 | 4 | 2 |
| 375 | 3 | 3 | 4 | 5 | 3 | 4 |
| 376 | 4 | 4 | 4 | 4 | 4 | 4 |
| 377 | 5 | 3 | 3 | 5 | 3 | 3 |
| 378 | 4 | 5 | 4 | 4 | 4 | 3 |
| 379 | 3 | 3 | Not enough data available | 5 | 5 | 4 |
| 380 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 381 | 3 | 4 | 3 | 5 | 4 | 5 |
| 382 | 2 | 1 | 1 | 5 | 3 | 3 |
| 383 | 5 | 5 | Not enough data available | 5 | 3 | 2 |
| 384 | 3 | 1 | 3 | 5 | 3 | 3 |
| 385 | 5 | Plan too small to be measured | Plan too small to be measured | 5 | 5 | 5 |
| 386 | 4 | 4 | 4 | 4 | 3 | 4 |
| 387 | 3 | 5 | 5 | 5 | 5 | 5 |
| 388 | 4 | 3 | Not enough data available | 5 | 3 | 3 |
| 389 | 3 | 2 | 4 | 5 | 2 | 4 |
| 390 | Not enough data available | Plan too small to be measured | Plan too small to be measured | Not enough data available | Not enough data available | Not enough data available |
| 391 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 392 | 4 | 3 | 3 | 5 | 2 | 2 |

| | AV | AW | AX |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | D10: Medication Adherence for Cholesterol (Statins) | D11: MTM Program Completion Rate for CMR | D12: Statin Use in Persons with Diabetes (SUPD) |
| 4 | 01/01/2024 – 12/31/2024 | 01/01/2024 – 12/31/2024 | 01/01/2024 – 12/31/2024 |
| 358 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 359 | 4 | 3 | 3 |
| 360 | 3 | 3 | 4 |
| 361 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 362 | 4 | Not enough data available | Not enough data available |
| 363 | 4 | 3 | 2 |
| 364 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 365 | 2 | 4 | 2 |
| 366 | 2 | 4 | 3 |
| 367 | 2 | 3 | 4 |
| 368 | 2 | 4 | Not enough data available |
| 369 | 3 | 2 | 1 |
| 370 | 5 | 5 | 4 |
| 371 | 3 | 3 | 3 |
| 372 | 3 | 5 | 3 |
| 373 | 2 | 4 | 4 |
| 374 | 2 | 4 | 4 |
| 375 | 3 | 4 | 3 |
| 376 | 4 | 3 | 3 |
| 377 | 3 | 4 | 2 |
| 378 | 3 | 3 | 4 |
| 379 | 4 | 4 | 3 |
| 380 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 381 | 5 | 4 | 4 |
| 382 | 3 | 4 | 4 |
| 383 | 2 | 3 | 3 |
| 384 | 4 | 2 | 2 |
| 385 | 5 | 5 | 4 |
| 386 | 3 | 4 | 2 |
| 387 | 5 | 4 | 4 |
| 388 | 2 | 5 | 4 |
| 389 | 4 | 3 | 4 |
| 390 | Not enough data available | Not required to report | Not enough data available |
| 391 | Plan too new to be measured | Plan too new to be measured | Plan too new to be measured |
| 392 | 1 | 3 | 3 |