# Exhibit D

CMS.gov

# Part C and D Performance Data

This page contains performance data related to the Part C & D programs.

Please check back again as this page is updated on a regular basis.

## Downloads

2027 Categorical Adjustment Index Measure Supplement (PDF)

2027 Star Ratings Measures (PDF)

2026 Display Measures (ZIP)

2026 Star Ratings Fact Sheet (PDF)

2026 Star Ratings Data Tables (ZIP)

2026 Star Ratings Technical Notes (PDF)

2026 Categorical Adjustment Index Measure Supplement (PDF)

2025 Display Measures (ZIP)

HEI Webinar November 2024 (PPTX)

2025 Star Ratings Data Tables (ZIP)

2025 Star Ratings Technical Notes (PDF)

2025 Categorical Adjustment Index Measure Supplement (PDF)

2024 Star Ratings Data Tables (Jul 2 2024) (ZIP)

Updated 2024 Star Ratings Cutpoints and Star Averages (XLSX)

Cut Point Trends (ZIP)

2024 Display Measures (ZIP)

2024 Star Ratings Technical Notes (PDF)

Stratified reporting documentation - 2022-2023 Star Ratings (PDF)

2024 Categorical Adjustment Index Measure Supplement (PDF)

Tukey Outlier Deletion Simulations (ZIP)

2023 Star Ratings and Display Measures (ZIP)

2022 Star Ratings and Display Measures (ZIP)

2021 Star Ratings and Display Measures (ZIP)

2020 Star Ratings and Display Measures (ZIP)

2019 Star Ratings and Display Measures (ZIP)

Industry-wide Appeals Timeliness Monitoring Memo (November 28, 2016) (PDF)

Industry-wide Timeliness Monitoring (PDF)

2018 Star Ratings and Display Measures (ZIP)

2017_Star_Ratings_and_Display_Measures (ZIP)

2016_Star_Ratings_and_Display_Measures (ZIP)

2015_Star_Ratings_and_Display_Measures (ZIP)

2014_Star_Ratings_and_Display_Measures (ZIP)

2013_Plan_Ratings_and_Display_Measures (ZIP)

2012_Plan_Ratings_and_Display_Measures (ZIP)

2011_Plan_Ratings_and_Display_Measures (ZIP)

2010_Plan_Ratings_and_Display_Measures (ZIP)

2009_Plan_Ratings (ZIP)

2008_Plan_Ratings (ZIP)

2007_Plan_Ratings (ZIP)

2014 RFI Submissions (02252015) v2a (ZIP)

Historical Categorical Adjustment Index Documents (ZIP)

Page Last Modified: 01/21/2026 12:15 PM
Help with File Formats and Plug-Ins

CMS.gov

A federal government website managed and paid for by the U.S. Centers for Medicare & Medicaid Services.

7500 Security Boulevard, Baltimore, MD 21244