# Exhibit E

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 2 | Contract Number | Organization Type | Contract Name | Organization Marketing Name | Parent Organization | SNP | 2023 Disaster % | 2024 Disaster % | 2026 Part C Summary |
| 369 | H4835 | Local CCP | AETNA BETTER HEALTH OF OKLAHOMA INC. | Aetna Medicare | CVS Health Corporation | No | 0 | 0 | 3 |
| 370 | H4847 | Local CCP | WELLCARE OF SOUTH CAROLINA, INC. | Wellcare | Centene Corporation | No | 0 | 65 | 4 |
| 371 | H4868 | Local CCP | NEW YORK QUALITY HEALTHCARE CORPORATION | Wellcare | Centene Corporation | Yes | 0 | 0 | 3 |
| 372 | H4869 | Local CCP | GOLD KIDNEY OF ARIZONA | Gold Kidney Health Plan | Gold Kidney Health Plan | Yes | 0 | 0 | 3 |
| 373 | H4875 | Local CCP | PRIORITY HEALTH | Priority Health Medicare | Corewell Health | No | 0 | 1 | 4 |
| 374 | H4882 | Local CCP | HEALTHPARTNERS, INC. | HealthPartners | HealthPartners, Inc. | No | 0 | 0 | 4.5 |
| 375 | H4909 | Local CCP | ANTHEM INSURANCE COMPANIES, INC. | Anthem Blue Cross and Blue Shield | Elevance Health, Inc. | No | 0 | 0 | 3 |
| 376 | H4931 | Local CCP | BANNER - UNIVERSITY CARE ADVANTAGE | Banner Medicare Advantage | Banner Health | Yes | 0 | 0 | 3.5 |
| 377 | H4937 | Local CCP | CALIFORNIA PHYSICIANS' SERVICE | Blue Shield of California | California Physicians' Service | No | 0 | 1 | 3 |
| 378 | H4939 | Local CCP | ARCADIAN HEALTH PLAN, INC. | Humana | Humana Inc. | Yes | 0 | 0 | Plan too new to be measured |
| 379 | H4961 | Local CCP | ALIGNMENT HEALTH PLAN | Alignment Health Plan | Alignment Healthcare USA, LLC | No | 0 | 0 | 4 |
| 380 | H4982 | Local CCP | AETNA BETTER HEALTH OF CALIFORNIA INC. | Aetna Medicare | CVS Health Corporation | No | 0 | 0 | 3 |
| 381 | H5008 | Local CCP | CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. | UnitedHealthcare | UnitedHealth Group, Inc. | Yes | 1 | 4 | 3.5 |
| 382 | H5009 | Local CCP | REGENCE BLUESHIELD | Regence BlueShield | Cambia Health Solutions, Inc. | No | 0 | 0 | 3 |
| 383 | H5015 | Local CCP | TEXAS INDEPENDENCE HEALTH PLAN, INC. | Texas Independence Health Plan | Regency ISNP Holdings LLC | Yes | 0 | 11 | 4.5 |
| 384 | H5042 | Local CCP | CDPHP UNIVERSAL BENEFITS, INC. | CDPHP Medicare Advantage | Lifetime Healthcare, Inc. | No | 0 | 0 | 4 |
| 385 | H5050 | Local CCP | KAISER FOUNDATION HEALTH PLAN OF WASHINGTON | Kaiser Permanente | Kaiser Foundation Health Plan, Inc. | No | 0 | 0 | 3.5 |
| 386 | H5087 | Local CCP | WELLCARE OF CALIFORNIA, INC. | Wellcare | Centene Corporation | No | 0 | 0 | 3 |
| 387 | H5106 | Local CCP | HIGHMARK SENIOR SOLUTIONS COMPANY | Highmark Blue Cross Blue Shield | Highmark Health | No | 0 | 0 | 3.5 |
| 388 | H5117 | Local CCP | LOUISIANA HEALTHCARE CONNECTIONS, INC. | Wellcare By Allwell | Centene Corporation | No | 0 | 0 | Not enough data available |
| 389 | H5119 | Local CCP | CONTRA COSTA COUNTY MEDICAL SERVICE DBA CONTRA COS | Contra Costa Health Care Plus (HMO D-SNP) | Contra Costa Health Services | Yes | 0 | 0 | Plan too new to be measured |
| 390 | H5141 | Local CCP | CLOVER INSURANCE COMPANY | Clover Health | Clover Health Holdings, Inc. | No | 0 | 4 | 3.5 |
| 391 | H5163 | Local CCP | VERDA HEALTH PLAN OF TEXAS INC | Verda Health Plan of Texas | Verda Healthcare, Inc. | Yes | 0 | 100 | Not enough data available |
| 392 | H5178 | Local CCP | HUMANA HEALTH PLAN, INC. | Humana | Humana Inc. | No | 0 | 0 | Not enough data available |
| 393 | H5190 | Local CCP | SUNSHINE STATE HEALTH PLAN, INC. | Wellcare By Allwell | Centene Corporation | No | 0 | 0 | Not enough data available |
| 394 | H5209 | Local CCP | Molina Healthcare of Wisconsin, Inc. | My Choice Wisconsin | Molina Healthcare, Inc. | Yes | 0 | 0 | 3 |
| 395 | H5211 | Local CCP | SECURITY HEALTH PLAN OF WISCONSIN, INC. | Security Health Plan of Wisconsin, Inc. | Marshfield Clinic Health System, Inc. | Yes | 0 | 0 | 4 |
| 396 | H5215 | Local CCP | NETWORK HEALTH INSURANCE CORPORATION | Network Health Medicare Advantage Plans | Network Health, Inc. | Yes | 0 | 0 | 4.5 |
| 397 | H5216 | Local CCP | HUMANA INSURANCE COMPANY | Humana | Humana Inc. | Yes | 2 | 20 | 3.5 |
| 398 | H5232 | Local CCP | PARAMOUNT INSURANCE COMPANY | Paramount Elite Medicare Plans | MEDICAL MUTUAL OF OHIO | No | 0 | 0 | Not enough data available |
| 399 | H5244 | Local CCP | SCAN HEALTH PLAN (NM) | SCAN Health Plan | SCAN Group | Yes | 0 | 0 | Not enough data available |
| 400 | H5253 | Local CCP | UNITEDHEALTHCARE OF WISCONSIN, INC. | UnitedHealthcare | UnitedHealth Group, Inc. | Yes | 0 | 20 | 4 |
| 401 | H5256 | 1876 Cost | MEDICAL ASSOCIATES CLINIC HEALTH PLAN | Medical Associates Clinic Health Plan of Wisconsin | Medical Associates Clinic, P.C. | No | 0 | 0 | 4.5 |