**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| CLOVER INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Case No. 2:25-cv-142 |

**SUPPLEMENTAL DECLARATION OF ELIZABETH GOLDSTEIN**

I, Elizabeth Goldstein, declare as follows:

1. I am employed by the Department of Health and Human Services (HHS) in the Center for Medicare (CM) at the Centers for Medicare & Medicaid Services (CMS), located at 7500 Security Boulevard, Baltimore, MD 21244. I am the Director of the Division of Consumer Assessment and Plan Performance, Medicare Drug Benefit and C & D Data Group. I have held this position since October 2000, and I have been employed by CMS since 1993. In my role as the Director of the Division of Consumer Assessment and Plan Performance, I manage a team of professional staff with a variety of advanced degrees in fields including public policy, health economics, and statistics. My team is responsible for overseeing the Medicare Advantage Star Ratings system, including the development and updating of measures, the administration of surveys, and the annual calculation of Part C and D Star Ratings. Statements made in this declaration are based on my personal knowledge, information contained in agency files, and information furnished to me in the course of my official duties. I received my Ph.D. in health economics and public policy from the University of Wisconsin – Madison. I have over 30 years

of experience in survey research, quality measurement, and public policy. I specifically have expertise in federal health policy, value-based purchasing programs, design and implementation of national, large-scale patient experience of care surveys in a variety of settings, development of quality measurement programs in multiple health settings, including Medicare Advantage, and evaluation of large-scale health programs.

2. In my role as Director of the Division of Consumer Assessment and Plan Performance, I have access to data underlying the Parts C and D Star Ratings, including each contract's measure-by-measure raw scores for the 2026 Star Ratings. I can use these data to calculate a hypothetical revised Star Rating to reflect hypothetical changes to the data inputs.

3. I understand that in response to my previous declaration in this case, Clover has asserted that CMS miscalculated its hypothetical 2026 Star Rating for contract H5141 with measures C32, C33, D01, D08, D09, and D10 removed.

4. Clover suggests that it might be entitled to the reward factor under some circumstances. The reward factor is an additional adjustment for contracts that have consistently high performance. Clover's contract did not receive the reward factor for 2026, and it would not receive it with measures C32, C33, D01, D08, D09, and D10 removed. This is because Clover's mean measure score falls below the 65th percentile threshold necessary for a contract to receive the reward factor, whether or not the six measures listed above are included.

5. In addition, Clover did not discuss the Part D improvement measure score. Removing D01, D08, D09, and D10 would decrease Clover's Part D improvement measure rating from four stars to three stars. Because of that decrease, its Star Rating would remain 3.5 stars with the six above measures removed.

* * *

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct, to the best of my knowledge and belief.

Dated: 5/13/2026

Elizabeth H. Goldstein -S

Digitally signed by Elizabeth H. Goldstein -S
Date: 2026.05.13 12:53:41 -04'00'

Elizabeth Goldstein, Ph.D.