AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CLOVER INSURANCE COMPANY,

    Plaintiff,

                  v.

U.S. DEPARTMENT OF HEALTH AND HUMAN
SERVICES, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 2:25cv142

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the order of this Court dated May 27, 2026, the Court grants in part and denies in part Plaintiff's motion for summary judgment and denies Defendants' cross motion for summary judgment. Judgment is entered in this case and this civil action stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

May 29, 2026
_____
Date

John E. Triplett, Clerk of Court
_____
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020