**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | | |
|---|---|---|
| CLOVER INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:25-cv-142 |
| | ) | |
| U.S. DEPARTMENT OF HEALTH AND | ) | |
| HUMAN SERVICES, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF APPEAL**

Defendants appeal this Court's May 29, 2026, judgment—including its order granting in part and denying in part defendants' motion for reconsideration, its order granting in part plaintiff's motion for summary judgment, and its order denying defendants' motion to dismiss—to the United States Court of Appeals for the Eleventh Circuit. *See* ECF Nos. 40, 61, 64, 65.

MARGARET E. HEAP
UNITED STATES ATTORNEY

*/s/ O. Woelke Leithart*
Idaho Bar No. 9257
Assistant United States Attorney
U.S. Attorney's Office
Post Office Box 8970
Savannah, Georgia  31412
Telephone:  (912) 652-4422
E-mail: Woelke.Leithart@usdoj.gov

1