**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 02, 2026

Jack Starcher
DOJ-CIV
Civil Division, Appellate Staff
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530

Appeal Number: 26-12553-FF
Case Style: Clover Insurance Company v. Department of Health and Human Services, et al
District Court Docket No: 2:25-cv-00142-LGW-BWC

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action

In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 26-12553

---

CLOVER INSURANCE COMPANY,

*Plaintiff-Appellee,*

*versus*

DEPARTMENT OF HEALTH AND HUMAN SERVICES,
CENTERS FOR MEDICARE AND MEDICAID SERVICES,
SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
ADMINISTRATOR FOR THE CENTERS FOR MEDICARE & MEDICAID SERVICES,

*Defendants-Appellants.*

---

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 2:25-cv-00142-LGW-BWC

---

ORDER:

Appellants' "Motion to Establish a Briefing Schedule and for Expedited Argument and Disposition" is GRANTED as follows:

Appellees' response brief is due on or before October 30, 2026.

Appellants' reply brief, if any, is due on or before November 20, 2026.

The Clerk's Office is DIRECTED to place this case on the next available oral argument calendar with an opening after November 2026 and to expedite this appeal for merits disposition purposes.

/s/ Embry J. Kidd

UNITED STATES CIRCUIT JUDGE